

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00628-CV

**IN RE** Juan **ROBLES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 23, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On September 28, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and the response filed by the real party in interest and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-06761, styled *Juan Robles vs. Cristina Tijerina Sepulveda*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding. The order about which Relator complains was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.